**Larry A. GRIMES, Sr., Petitioner—Appellant,**

v.

**H.A. RIOS, Jr., Warden, Respondent—Appellee.**

No. 10–15603.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 27, 2011.*

Filed Oct. 5, 2011.

Larry A. Grimes, Sr., Atwater, CA, pro se.

Bureau Of Prisons Regional Counsel, U.S. Department of Justice, Stockton, CA, Jesse Gonzalez, U.S. Penitentiary, Atwater, CA, Mark J. McKeon, Esquire, Assistant U.S., Office of the U.S. Attorney, Fresno, CA, for Respondent–Appellee.

Before: HAWKINS, SILVERMAN, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Federal prisoner Larry A. Grimes, Sr., appeals pro se from the district court's judgment dismissing his 28 U.S.C. § 2241 habeas petition. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Grimes contends that the district court erred by dismissing his petition because a parole violation warrant, lodged as a detainer, violates his rights by remaining unexecuted while he serves his sentence for a 2003 bank robbery. Grimes is not currently suffering any loss of liberty because of the unexecuted parole violation warrant. He has no right to disposition of the parole violation warrant prior to the expiration of his current sentence. *See Moody v. Daggett,* 429 U.S. 78, 86–87, 97 S.Ct. 274, 50 L.Ed.2d 236 (1976); *United States v. Garrett,* 253 F.3d 443, 447–48 (9th Cir.2001). Grimes's remaining contentions lack merit.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

